FILED
2026 Sep-08 AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JAMES ROBERT PUGH,<br><br>Plaintiff,<br><br>v.<br><br>CULLMAN COUNTY DISTRICT ATTORNEY'S OFFICE, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:25-cv-01550-ACA-SGC |

**MEMORANDUM OPINION**

Plaintiff James Robert Pugh filed a *pro se* complaint alleging violations of his civil rights under 42 U.S.C. § 1983. (Doc. 1). After the magistrate judge ordered him to amend the complaint and he did not do so, the magistrate judge entered a report recommending the court dismiss this action for Mr. Pugh's failure to comply with a court order. (Doc. 8). Although the magistrate judge advised Mr. Pugh of his right to file written objections and of the consequences of failing to object (*id.* at 2), the court has not received any objections.

Mr. Pugh's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this September 8, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE